UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lynda Fisher,

    Plaintiff,

v.                                       Civil No. 11-868 (JNE/AJB)
                                       ORDER

Marval & Associates, LLC,

    Defendant.

---

Paul H. Weig, Esq., Weig Law Firm, LLC, appeared for Plaintiff Lynda Fisher.

Defendant Marval & Associates, LLC, did not appear.

---

This case is before the Court on Lynda Fisher's Motion for Default Judgment. For the reasons stated on the record, the Court grants the motion and awards Fisher $1000 in statutory damages, $991.67 in attorney fees, and $408 in costs. *See* 15 U.S.C. § 1692k(a) (2006). Thus, the Court enters judgment in favor of Fisher and against Marval & Associates, LLC, in the amount of $2399.67.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     Lynda Fisher's Motion for Default Judgment [Docket No. 6] is GRANTED.

2.     Judgment is entered in favor of Lynda Fisher and against Marval & Associates, LLC, in the amount of $2399.67.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 13, 2011

                                                                              s/ Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge